PATRICK H. HICKS, ESQ., Bar # 4632
HILARY A. BARRETT, ESQ., BAR # 9632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:   702.862.8811
Email:   phicks@littler.com
         hbarrett@littler.com

Attorneys for Defendants
HILTON GRAND VACATIONS COMPANY, LLC
and NANCY HUTCHINGS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY RHODES,<br><br>        Plaintiff,<br><br>vs.<br><br>HILTON GRAND VACATIONS COMPANY, LLC, a foreign LLC.; NANCY HUTCHINGS, an individual; ROE CORPORATION 1-X, DOE INDIVUALS XI-XX,<br><br>        Defendants. | Case No. 2:19-cv-00938-JAD-GWF<br><br>**STIPULATION AND ORDER FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND TO EXTEND TIME LIMITS FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |

Plaintiff TIFFANY RHODES ("Plaintiff") and Defendants HILTON GRAND VACATIONS COMPANY, LLC and NACNY HUTCHINGS (hereinafter collectively "Defendants") by and through their respective counsel, hereby stipulate two weeks for Plaintiff to file an Amended Complaint up to and including **June 19, 2019**.  The parties further agree and stipulate to extend the time for Defendants

///

///

///

///

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

to file a responsive pleading from the current deadline of June 10, 2019 up to and including **July 3, 2019**.

| | |
|---|---|
| Dated: June 7, 2019<br>Respectfully submitted, | Dated: June 7, 2019<br>Respectfully submitted, |
| */s/ James L. Edwards*<br>BLAIR C. PARKER, ESQ.<br>JAMES L. EDWARDS, ESQ.<br>COHEN JOHNSON PARKER EDWARDS | */s/ Hilary A. Barrett*<br>PATRICK H. HICKS, ESQ.<br>HILARY A. BARRETT, ESQ.<br>LITTLER MENDELSON, P.C. |
| Attorneys for Plaintiff<br>TIFFANY RHODES | Attorneys for Defendants<br>HILTON GRAND VACATIONS COMPANY, LLC and NANCY HUTCHINGS |

**ORDER**

**IT IS SO ORDERED.**

Dated: _____June 10_____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

FIRMWIDE:164754614.1 093854.1011

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800