UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TIFFANY RHODES,<br><br>Plaintiff,<br><br>v.<br><br>HILTON RESORTS CORPORATION, a foreign LLC; NANCY HUTCHINGS, an individual; ROE CORPORATION I-X, DOE INDIVIDUALS XI-XX,<br><br>Defendants. | Case No. 2:19-CV-00938-JAD-EJY<br><br>**ORDER** |

Before the Court is Defendants' Motion for Leave to File Reply to Plaintiff's Response to Memorandum Regarding Attorneys['] Fees (ECF No. 33), docketed as ECF No. 35. Also before the Court is Plaintiff's Ex Parte Motion to Extend Time on Order to Show Cause. ECF No. 36.

After reviewing both motions and noting that Plaintiff's Motion should <u>not</u> have been filed ex parte, the Court finds as follows.

IT IS HEREBY ORDERED that Defendants' Motion for Leave to File Reply to Plaintiff's Response to Memorandum Regarding Attorneys['] Fees, ECF No. 35, is GRANTED, and the Reply shall be considered by the Court.

IT IS HEREBY FURTHER ORDERED that Plaintiff's Ex Parte Motion to Extend Time (ECF No. 36) is GRANTED. Plaintiff shall have through 5 p.m. on March 30, 2020 to comply with the Court's Order to Show Cause (ECF No. 32). No further extension of time shall be granted.

DATED: March 17, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1