PATRICK H. HICKS, ESQ., Bar # 4632
AMY L. THOMPSON, ESQ., BAR # 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
athompson@littler.com

Attorneys for Defendants
HILTON RESORTS CORPORATION
and NANCY HUTCHINGS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY RHODES,<br><br>  Plaintiff,<br><br>vs.<br><br>HILTON RESORTS CORPORATION, a foreign LLC.; NANCY HUTCHINGS, an individual; ROE CORPORATION I-X, DOE INDIVIDUALS XI-XX<br><br>  Defendants. | Case No. 2:19-cv-00938-JAD-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE SETTLEMENT DOCUMENTS AND REQUEST TO RESCHEDULE STATUS HEARING**<br><br>**[FIRST REQUEST]** |

Defendants HILTON RESORTS CORPORATION and NANCY HUTCHINGS and Plaintiff TIFFANY RHODES, by and through their undersigned counsel, hereby stipulate and agree to extend the time for Defendants to file the settlement documents and reschedule the telephonic status conference currently set on July 20, 2020, (ECF No. 50).

The parties are currently finalizing the settlement and need additional time beyond July 20, 2020, to do so. Specifically, Defendants made an error in executing the settlement payments in sending them to the wrong address, and because of this, Defendants will need to resend the payment to Plaintiff. As such, the parties request an extension of two weeks (14), no earlier than August 3, 2020, to hold a telephonic status conference in this regard.

/ / /

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This request is made in good faith and not for the purpose of delay.

Dated: July 16, 2020

Respectfully submitted,

*/s/ James L. Edwards, Esq.*
BLAIR C. PARKER, ESQ.
JAMES L. EDWARDS, ESQ.
COHEN JOHNSON PARKER EDWARDS

Attorneys for Plaintiff
TIFFANY RHODES

Dated: July 16, 2020

Respectfully submitted,

*/s/ Patrick H. Hicks, Esq.*
PATRICK H. HICKS, ESQ.
AMY L. THOMPSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
HILTON RESORTS CORPORATION
and NANCY HUTCHINGS

**ORDER**

**IT IS HEREBY ORDERED** that the Stipulation to Extend Time for Defendants to File Settlement Documents and Request to Reschedule Status Hearing (ECF No. 51) is GRANTED.

**IT IS FURTHER ORDERED** that the status conference set for July 20, 2020 at 10:30 a.m. is hereby VACATED.

**IT IS FURTHER ORDERED** that the parties shall file a status report regarding settlement by or before August 3, 2020; provided, however, that if a stipulation and proposed order dismissing this action is filed by or before that date no status report is required.

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated: July 17, 2020**

4851-7797-7539.1 093854.1011

2.